

U.S. Department of Justice

United States Attorney
Eastern District of New York

FTB/LZ
F. #2021R00275

271 Cadman Plaza East
Brooklyn, New York 11201

August 1, 2022

By E-mail

Hon. Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Willie Garcon
           Criminal Docket No. 21-219 (RPK)

Dear Judge Kovner:

      The government writes to inform the Court that the parties have reached a resolution short of trial in the above-referenced matter. Accordingly, the parties jointly request that the telephone status conference scheduled for August 2, 2022 at 12:00 pm be adjourned, that an in-person change of plea hearing be scheduled for August 25, 2022 at 10:00am, and that time be excluded until August 25, 2022. An exclusion of time is in the interest of justice, as it would permit the parties to finalize the terms of the resolution and to permit the defendant to plead guilty.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/ Laura Zuckerwise
      LAURA ZUCKERWISE
      F. TURNER BUFORD
      Assistant U.S. Attorneys
      (718) 254-6204

cc:    Clerk of Court (by ECF and Email)
       Defense Counsel (by ECF and Email)